FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 8:29 am, Sep 09, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| NEW COVENANT CHURCH, INC., et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>CARLA FUTCH, et al.,<br><br>   Defendants. | CIVIL ACTION NO.: 2:19-cv-40 |

**O R D E R**

The parties participated in Court-assisted mediation in this case on September 8, 2020. Doc. 87. To assist with this process, the Court stayed all deadlines in this case until further order. Id. The parties were unable to reach a settlement during the Court-assisted mediation but continue their negotiations. To facilitate ongoing settlement negotiations, the Court **EXTENDS** the stay in this case up to and including September 15, 2020. The Court **ORDERS** the parties to file a joint status report on or before September 15, 2020, informing the Court of whether they were able to reach a settlement or, if not, whether they request any extensions or modifications to the still-pending deadlines.

**SO ORDERED**, this 9th day of September, 2020.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA