# In the United States District Court for the Southern District of Georgia Brunswick Division


FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 11:58 am, Dec 03, 2020

NEW COVENANT CHURCH, INC., et al.,

    Plaintiffs,

    v.

CARLA FUTCH, et al.,

    Defendants.

No. 2:19—CV-40

## ORDER

In connection with their Motion for Summary Judgment, Dkt. No. 96, Defendants have filed a Notice of Request for Filing Discovery, Dkt. No. 101, to which Plaintiffs have failed to respond. Plaintiffs are hereby **ORDERED**, within thirty (30) days of the date of this Order, to file the following discovery for inclusion in the record:

1. Deposition of Carla Futch, taken June 19, 2020;

2. Deposition of Shawn Ferguson, taken June 19, 2020;

3. Deposition of Ricky Jack Hall, taken June 19, 2020;

4. Deposition of Samantha Spaulding, taken June 19, 2020;

5. Deposition of Chad Henley, taken June 19, 2020;

6. Deposition of Wan Thorpe, taken June 19, 2020.

**SO ORDERED,** this 3rd day of December, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA