# In the United States District Court for the Southern District of Georgia
## Brunswick Division


FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 12:05 pm, Dec 03, 2020

| | |
|---|---|
| NEW COVENANT CHURCH, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CARLA FUTCH, et al., <br><br> Defendants. | No. 2:19-CV-40 |

### ORDER

Before the Court is Plaintiffs' request for leave of Court to perfect service on Defendants Ricky Jack Hall, Samantha Spaulding, and Chad Henley.  Dkt. No. 106-1 at 17.  After consideration, Plaintiffs' request for leave is **GRANTED**.  Plaintiffs are hereby **ORDERED**, within thirty (30) days of the date of this Order, to perfect service on the aforementioned Defendants.

**SO ORDERED**, this 3rd day of December, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA