# In the United States District Court for the Southern District of Georgia Brunswick Division

NEW COVENANT CHURCH, INC., et al

v.

CV219-40

ARMSTRONG, et al

### ORDER

Defendants moved to dismiss any class action claims in the case. Dkt. No. 75. Plaintiffs confirmed that they are not proceeding with any class claims. The Motion to Dismiss Class Claims is **GRANTED.**

**SO ORDERED**, this 20th day of January, 2021.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA